UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. C21-1281 RJB-TLF <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

  This matter comes before the Court on the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. 2), Plaintiff's objections (Dkt. 3), Plaintiff's addendum to his objections (Dkt. 4) and the remaining record.

  The Report and Recommendation notes that the Plaintiff is subject to several bar orders in a number of courts and recommends dismissal of this case because the Plaintiff's proposed complaint does not meet the requirements of the bar orders. Dkt. 2. In his objections, the Plaintiff raises "issues," including whether the U.S. Magistrate Judge's signature on the Report and Recommendation is a "rubber stamp," questions whether court staff has access to the "rubber stamp," and questions whether the U.S. Magistrate Judge reviewed his pleadings. Dkt. 3. In his addendum, he questions whether the Hanford nuclear site "manifest[s] or evince[s]

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING CASE - 1

imminent danger and maintains that the Report and Recommendation cites the wrong statutes. Dkt. 4.

The Report and Recommendation (Dkt. 2) should be adopted.  The Plaintiff's objections and addendum are frivolous and without merit.  The Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) should be denied.  This case should be dismissed with prejudice.

The Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 2);

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED**;

(3) This action is **DISMISSED** with prejudice;

(4) The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 29th day of November, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING CASE - 2